UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACK WILLING, *et al.*,

    Plaintiffs,

    v.

COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., *et al.*,

    Defendants.

Case No. C06-1357RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On May 29, 2007, defendant CAU filed a cross motion for summary judgment and response that, taken as a whole, exceeded 50 pages in length but failed to provide a chambers copy. On June 5, 2007, the Court issued an order to show cause why defendant should not be sanctioned for failure to comply with two of the Court's prior orders. The order to show cause (Dkt. #31) is now vacated in light of the receipt of the courtesy copy and defendant's response.

DATED this 7th day of June, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE